518 A.2d 261

**COMMONWEALTH of Pennsylvania**

v.

**Nicholas YARRIS, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 1, 1986.

Decided Dec. 5, 1986.

Joseph W. Bullen, III, Asst. Public Defender, Spiros E. Angelos, Media, for appellant.

John A. Reilly, Dist. Atty., Barry Gross, Asst. Dist. Atty., Dennis C. McAndrews, Marion E. MacIntyre, Deputy Attys. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

632

ORDER

PER CURIAM.

The Commonwealth's Motion to Quash the above-captioned appeal is denied. The matter is remanded to the Court of Common Pleas of Delaware County for an evidentiary hearing limited to the issue of ineffective assistance of counsel pertaining to the sentencing phase of the proceedings.